IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01747-PAB-KLM

GAIL DREIS,

        Plaintiff,

v.

BAYER CORPORATION, an Indiana Corporation,
BAYER HEALTHCARE LLC, a Delaware Corporation,
BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware Corporation,
BAYER SCHERING PHARMA AG, a German Corporation,
BAYER HEALTHCARE AG, a German Corporation, AND
BAYER AG, a German Corporation,

        Defendants.

_____

# MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

        This matter is before the Court on defendants Bayer HealthCare
Pharmaceuticals, Inc., Bayer HealthCare LLC, and Bayer Corporation's Motion to Stay
All Proceedings in the Case pending a ruling by the Judicial Panel for Multidistrict
Litigation [Docket No. 9].  Because the interests of the parties and the Court are best
served by such a stay and there is no opposition to it at this time, the Court will
temporarily stay this case.  Therefore, it is

        **ORDERED** that the unopposed motion to stay [Docket No. 9] is GRANTED.  It is
further

        **ORDERED** that this case is hereby STAYED in its entirety until the Judicial Panel
on Multidistrict Litigation ("JPML") rules on the transfer of this action for coordinated or
consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  As a result, (1) all
settings and scheduling deadlines under the Federal Rules of Civil Procedure, the
Court's Local Rules, and any of the Court's orders are VACATED, including the
deadline to answer or otherwise respond to plaintiffs' complaint and (2) all discovery in
this matter is stayed.  It is further

**ORDERED** that the parties shall file a joint status report with the Court every thirty days, beginning on September 1, 2010 and within 7 days of the JPML's ruling on the relevant motions to transfer.

Dated August 10, 2010.